IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WALTER ALEXANDER CASTRO AYALA,    )
    )
    Petitioner,    )
    )
    v.    )    1:26-cv-001205 (RDA/WBP)
    )
JEFFREY CRAWFORD, *et al.*,    )
    )
    Respondents.    )
    )

## ORDER

On May 5, 2026, Petitioner Walter Alexander Castro Ayala ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained at the Farmville Detention Center. Dkt. 1. On May 6, 2026, Petitioner filed a notice reporting that (1) at the time of the filing of the Petition, Petitioner's last confirmed detention location was the Farmville Detention Center in Farmville, Virginia; (2) prior to filing the Petition, Petitioner's counsel contacted the Washington Field Office and was informed that Petitioner was within the Richmond Sub-Office; and (3) after the Petition was filed, counsel learned that Petitioner is presently detained at Port Isabel Detention Center in Cameron County, Texas. Dkt. 3. Accordingly, it is hereby

ORDERED that the Federal Respondents are DIRECTED to promptly return Petitioner to this District; and it is

FURTHER ORDERED that Petitioner IS NOT to be further removed or transferred from this District for any reason without this Court's permission for the duration of this habeas case; and it is

FURTHER ORDERED that on or before 5:00 PM on Wednesday, May 13, 2026, the

Federal Respondents file a response to the Petition; and it is

FURTHER ORDERED that Petitioner shall file a reply in further support of the Petition on or before 5:00 PM on Monday, May 18, 2026; and it is

FURTHER ORDERED that, in the Response and Reply, both Federal Respondents and Petitioner address whether jurisdiction is proper in this District and, specifically, in this Division of this District in their briefs.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Alexandria, Virginia
May ___6___, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

2